## AFFIDAVIT OF SPECIAL AGENT PETER COSTE IN SUPPORT OF APPLICATION FOR A CRIMINAL COMPLAINT

I, Peter Coste, having been duly sworn, do hereby depose and state as follows:

### Agent Background

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since December 2018. I have successfully completed a training program in conducting criminal investigations at the Federal Law Enforcement Training Center in Glynco, Georgia. In 2017, I graduated from Fairleigh Dickinson University at Teaneck, New Jersey with a B.A. degree in Individualized Studies with a Specialization in Criminal Justice. My current duties as an HSI Special Agent include conducting investigations involving the fraudulent acquisition, production, and misuse of United States immigration documents, United States passports, and identity documents. Due to my training, experience, and conversations with other law enforcement officers, I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and persons who fraudulently obtain or assume false identities.

2. I am also a member of HSI's Document and Benefit Fraud Task Force ("DBFTF"), a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring and disrupting organizations and individuals involved in various types of document, identity and benefit fraud schemes. DBFTF is currently investigating suspected aliens who are believed to have obtained stolen identities of United States citizens living in Puerto Rico and used those identities to obtain public benefits, which they would not otherwise be eligible to receive, including Massachusetts Registry of Motor Vehicles ("RMV") identity documents, Social Security numbers, MassHealth benefits, public housing benefits, and unemployment benefits. Agents have conducted an analysis of individuals who have received certain public benefits in Puerto Rico and Massachusetts on or

about the same dates in an effort to identify individuals in Massachusetts who have been unlawfully and fraudulently using the identities of United States citizens.

### Purpose of Affidavit

3. I submit this affidavit in support of an application for a criminal complaint charging Odanis Manuel BREA MEJIA with (1) Misuse of a Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B), and (2) Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A.

4. This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and federal agents, and my review of records described herein. This affidavit is not intended to set forth all of the information that I have learned during this investigation but includes only the information necessary to establish probable cause for the requested complaint.

### Probable Cause

### The RMV Application

5. On February 6, 2015, an individual submitted an application for the renewal of a Massachusetts driver's license at the RMV office in Roslindale, Massachusetts. The applicant represented on the application that he was a person whose initials were E.T.C.[1] He further represented that his date of birth was xx/xx/1973, and that his Social Security Number ("SSN") was xxx-xx-5361. The RMV did not take a photograph of the applicant on February 6, 2015, because the RMV had one on file taken on February 21, 2006, as part of E.T.C.'s initial driver's license application. The individual purporting to be E.T.C. signed the application for the renewal

---

[1] I am protecting the identity of the victim by using initials only. The identity of the victim, E.T.C. is known to the government. These initials represent the victim's first and last names. To protect the victim's privacy, only the initials "E.T.C. and E.T." are used in this affidavit to reflect variations of the victim's full name.

of a Massachusetts driver's license on February 6, 2015, under penalty of perjury. As a result of that application, the RMV issued the person purporting to be E.T.C. driver's license no. Sxxxx4824.

6. A review of BREA MEJIA's criminal history revealed he previously used the alias of A.F.[2] with a date of birth xx/xx/1975 and SSN xxx-xx-1940. A review of RMV database records revealed that in November 1997, an individual submitted an application to the RMV for the written examination and issuance of a Class D Passenger Permit. The applicant represented on the application that he was a person whose initials were A.F. He further represented that his SSN was xxx-xx-1940. The individual purporting to be A.F. signed the application for the written examination and issuance of a Class D Passenger Permit in November 1997 and Class D Passenger License no. xxxxx1940 was issued on December 3, 1997. RMV database records indicate the RMV previously took a photograph of the individual purporting to be A.F. on May 23, 1996, which was stored in the RMV database. RMV database records indicate two Massachusetts ID Cards, two Class D Passenger Permits, and three Class D Passenger Licenses were issued to the A.F. identity between 1995 – 1997.

7. The Social Security Administration ("SSA"), Office of Inspector General has confirmed that Social Security Number xxx-xx-5361 is assigned to E.T.C.

**Identification of the Imposter**

8. The Dominican Republic has a national identification card, which is called a Cedula. HSI obtained information concerning Cedula Number xxx-xxxxx86-7, in the name of BREA MEJIA, born in 1971, in Bani, the Dominican Republic, which included the photograph

---

[2] I am protecting the identity of the victim by using initials only. The identity of the victim, A.F. is known to the government. These initials represent the victim's first and last names. To protect the victim's privacy, only the initials "A.F." are used in this affidavit to reflect variations of the victim's full name.

associated with this Cedula.

9. On August 26, 2014, the Brockton, Massachusetts Police Department arrested an individual purporting to be A.F. for charges related to Forgery and Counterfeiting, Fraud, and Drug Offenses. Following the August 26, 2014 arrest, as part of the booking process, police took a photo of the individual purporting to be A.F.

10. I have compared the following three photographs: (a) the February 21, 2006 photograph from the RMV database of the applicant purporting to be E.T.C.; (b) the August 26, 2014 photograph taken of the purported A.F. after the arrest by the Brockton Police Department in Brockton, Massachusetts; (c) and the photograph from BREA MEJIA's Cedula Number xxx-xxxxx86-7. I conclude that the three photographs all depict the same individual.

11. Information from Puerto Rico's Driver and Vehicle Information Database ("DAVID") assigned to an individual named E.T.C. indicates that this person has a date of birth of xx/xx/1973, is assigned SSN xxx-xx-5361 and has a residential address listed in Cayey, Puerto Rico.

**Interview of the Imposter**

12. On November 5, 2019, the person purporting to be E.T.C. was interviewed by U.S. Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO") at the Massachusetts Correctional Institution in Concord, Massachusetts. The person purporting to be E.T.C. stated his true identity was Odanis Manuel BREA MEJIA, born on xx/xx/1971, in Bani, Dominican Republic. BREA MEJIA further stated he previously used the alias of E.T.C. After being shown a print out from the RMV database of the Massachusetts driver's license for E.T.C., BREA MEJIA admitted to being the individual depicted in the RMV database under the identity of E.T.C. BREA MEJIA was also shown a copy of the Cedula

obtained from the Dominican Republic and admitted to being the individual depicted in the Cedula under his true identity, Odanis Manuel BREA MEJIA.

### Conclusion

13.  Based on the foregoing, I have probable cause to believe that, on or about February 6, 2015, Odanis Manuel BREA MEJIA (1) falsely represented, with intent to deceive and for any purpose, a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him, all in violation of 42 U.S.C. § 408(a)(7)(B); and (2) knowingly transferred, possessed and used, during and in relation to any felony violation enumerated in 18 U.S.C. 1028A(c), and without lawful authority, a means of identification of another person in violation of 18 U.S.C. § 1028A.

Sworn to under the pains and penalties of perjury.

PETER COSTE
Special Agent
Homeland Security Investigations

Subscribed and sworn before me on January 15, 2020

MARIANNE B. BOWLER
United States Magistrate Judge